IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WAL-MART STORES, INC.

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 5:04-CV-5270

ORDER

Pending before the Court is Plaintiff Wal-Mart Stores, Inc.'s Motion to File Documents under Seal (Document No. 18). For good cause shown, the motion will be, and hereby is, GRANTED. The Clerk is directed to file the documents in the envelope marked "Telecommunications Contracts between Wal-Mart Stores, Inc. and AT&T Corp." under seal.

IT IS SO ORDERED this 20th day of October, 2005.

/s/ Robert T. Dawson
_____
Robert T. Dawson
United States District Judge