IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WAL-MART STORES, INC.

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 5:04-CV-5270

ORDER

Pending before the Court is Plaintiff Wal-Mart Stores, Inc.'s Motion to Supplement Documents under Seal (Document No. 20). For good cause shown, the motion will be, and hereby is, GRANTED. The Clerk is directed to file the documents in the envelope marked "Supplement to Telecommunications Contracts between Wal-Mart Stores, Inc. and AT&T Corp." under seal.

IT IS SO ORDERED this 25th day of October, 2005

Robert T. Dawson
United States District Judge