IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| WAL-MART STORES, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 5:04 CV 5270<br><br>STIPULATION OF ADMINISTRATIVE DISMISSAL WITHOUT PREJUDICE |

WHEREAS, plaintiff Wal-Mart Stores, Inc. ("Plaintiff") brought this action against defendant United States of America (the "Defendant") to recover federal communications excise taxes ("FET") that were collected from it and paid to the Internal Revenue Service ("IRS") in connection with Plaintiff's purchase of certain communications services during the period from July 1, 2000 through June 30, 2003; and

WHEREAS, the parties have determined that Plaintiff's claim for a refund of FET should be pursued administratively with the IRS; and

IT IS HEREBY STIPULATED, AGREED AND ORDERED that

1. This action is hereby administratively dismissed without prejudice, with a right to be reinstated; and

2. Plaintiff's claims for a refund of FET shall be submitted to the IRS for a resolution; and

3. Plaintiff shall have the right to reinstate this case against Defendant if Plaintiff objects to the treatment of its refund claim by the IRS and, once reinstated, such case shall proceed as if it had not been dismissed; and

NJ01/KATTP/118828.1

4. Nothing contained herein shall be construed to limit Plaintiff's rights under 26 U.S.C. § 6532 and 26 U.S.C. § 7422.


By:   /s/ Eva C. Madison
Eva C. Madison (Ark. Bar No. 98183)

Littler Mendelson, P.C.
The National Employment & Labor Firm
3608 N. Steele Blvd., Suite 214
Fayetteville, Arkansas 72703


KELLEY DRYE & WARREN LLP
Jacob J. Miles, Esq.
Joseph A. Boyle, Esq.
Paul L. Kattas, Esq.
101 Park Avenue
New York, New York 10178

**Attorneys for Plaintiff
Wal-Mart Stores, Inc.**

SO ORDERED:

_[signature]_
Robert T. Dawson, U.S.D.J.

By:   /s/ Gregory E. Van Hoey
Gregory E. Van Hoey
Maryland Bar
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044

**Attorneys for Defendant
United States of America**


U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**MAR 22 2007**

CHRIS R. JOHNSON, CLERK

By

DEPUTY CLERK